Karl Siganporia (CA Bar #284924)
karl.siganporia@protonmail.com
VOX POPULI
200 N. 2nd St., Suite 100
Richmond, KY 40475
213-477-3732

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALLAS BROGDEN, | Case No. 5:17-CV-5028-LHK |
| Plaintiff, | **Notice of Voluntary Dismissal** |
| v. | **WITH PREJUDICE under FRCP** |
| HCL AMERICA, INC., | **41(a)(1)(A)(1)** |
| Defendant. | |

Plaintiff hereby voluntarily dismisses the instant action in its entirety **WITH PREJUDICE** pursuant to FRCP 41(a)(1)(A)(1). As required by the Rule, Defendant in this action has not served an answer or motion for summary judgment.

Dated: March 4, 2018

/s/ Karl Siganporia
Karl Siganporia

Case No. 5:17-cv-5028-LHK